IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-3003 |
| Plaintiff, | **INFORMATION** |
| vs. | Count 1 |
| MICHAEL THRONE, | 18 U.S.C. § 1014: False Statement to a Financial Institution |
| Defendant. | |

The United States Attorney charges:

## Count 1

### False Statement to a Financial Institution

On or about January 1, 2018, in the Northern District of Iowa, defendant MICHAEL THRONE, knowingly made a false statement and report and willfully overvalued property and security for the purpose of influencing the action of State Bank of Kiester, a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with a line of credit and any change and extension of that line of credit, by renewal, deferment of action and otherwise, in that the defendant submitted a balance sheet, signed by him, listing $3,032,909 in grain inventory on hand as collateral for his existing loan with the State Bank of Kiester, when in truth and in fact, as the defendant well knew, defendant had less than 350,000 bushels in grain inventory on collateral for the loan and grain contracts overstating his anticipated revenue stream, when in truth

and in fact, as the defendant well knew, defendant had altered the contracts to overstate the bushels he would provide to the holder of the contract.

This was in violation of Title 18, United States Code, Section 1014.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By:

FORDE FAIRCHILD
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101-1262
712-255-6011
712-252-2034 (Fax)
Forde.Fairchild@usdoj.gov